# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE RAY, | CV F  06-1898 AWI DLB HC |
|       Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME; OPPOSITION DUE WITHIN THIRTY DAYS FROM THE DATE OF SERVICE |
| v. | |
| JOHN MARSHALL, Warden, | [Doc. 13] |
|       Respondent. | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Now pending before the Court is Petitioner's request for an extension of time to file an opposition to Respondent's motion to dismiss. Good cause having been demonstrated Petitioner's motion is GRANTED, and Petitioner's opposition is due within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   May 9, 2007               /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE