# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE RAY,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>        Respondent.<br>_____/ | CV F   06-1898 DLB HC<br><br>ORDER DENYING PETITIONER'S APPLICATION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY<br><br>[Doc. 22] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On October 22, 2007, the Court dismissed the instant petition, with prejudice, as barred by 28 U.S.C. § 2244(d)(1) & (2), and judgment was entered.  (Court Doc. 20.)

    On November 14, 2007, Petitioner filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit, along with an application for issuance of a certificate of appealability.  (Court 22.)

    When a district court denies a habeas petition on procedural grounds without reaching the underlying constitutional claims, the petitioner must show, in order to obtain a certificate of appealability: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. 473,

1  484 (2000).  While both showings must be made to obtain a certificate of appealability, "a court
2  may find that it can dispose of the application in a fair and prompt manner if it proceeds first to
3  resolve the issue whose answer is more apparent from the record and arguments."  <u>Slack</u>, 529
4  U.S. at 485.

5       The Court finds that Petitioner has failed to make an adequate showing.  The Court does
6  not find that jurists of reason would not find it debatable whether the petition was properly
7  dismissed, with prejudice, for violation of 28 U.S.C. § 2244(d)(1) & (2).  Petitioner has not made
8  the required substantial showing of the denial of a constitutional right.  Accordingly, the Court
9  hereby DENIES Petitioner's motion for certificate of appealability.

11    IT IS SO ORDERED.

12    **Dated:**   **December 10, 2007**          **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE